JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 5-7-13
DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 7 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRANT,<br><br>            Plaintiff,<br><br>       vs.<br><br>ROD HOPPS et al.,<br><br>            Defendants. | Case No. EDCV 12-0491-UA (JPR)<br><br>**J U D G M E N T** |

In accordance with the Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 5/6/13

_____
GEORGE H. KING
CHIEF U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 7 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY