JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-7-13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRANT, | ) Case No. EDCV 12-0491-UA (JPR) |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| ROD HOPPS et al., | ) |
| Defendants. | ) |

In accordance with the Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 5/6/13

GEORGE H. KING
CHIEF U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY